UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,          Case No: 24-cr-293 (PJS/DTS)

    Plaintiff,

v.

                                             **Brady Obligation Order**

Jahon Lynch (11),

    Defendant.

_____

    Pursuant to the Due Process Protections Act the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

    **IT IS SO ORDERED.**

    Dated: August 26, 2025

                                                               *s/John F. Docherty*
                                                               John F. Docherty
                                                               U.S. Magistrate Judge